No. 648.   FIRST BANK STOCK CORP. *v.* MINNESOTA.

De-cided February 1, 1937.   *Per Curiam:* The appeal herein is dismissed upon the authority of *Rio Grande Ry.* v. *Stringham,* 239 U. S. 44, 47.   MR. JUSTICE BUTLER took no part in the consideration or decision of this case. *Messrs. John Junell, Clark R. Fletcher,* and *Leland W. Scott* for appellant.   *Messrs. William S. Ervin* and *Matthias N. Orfield* for appellee.

No. 35.   SMITH *v.* HALL ET AL.; and
No. 36.   SAME *v.* JAMES MANUFACTURING CO. ET AL.

February 1, 1937.   These cases are restored to the docket and assigned for reargument.

No. 103.   DISTRICT OF COLUMBIA *v.* CLAWANS.

February 1, 1937.   This case is restored to the docket and assigned for reargument.